IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| INLAND BARGE RENTALS, INC. ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:21-CV-02167- |
| ) | NJB-DMD G(3) |
| v. ) | |
| ) | |
| ) | |
| PONTCHARTRAIN PARTNERS, LLC ) | Chief Judge Nannette Jolivette Brown |
| ) | Magistrate Judge Dana Douglas |
| ) | |
| Defendant. ) | |
| ) | |

**EX PARTE MOTION FOR EXTENSION OF TIME BASED ON LR 7.8**

NOW INTO COURT, through undersigned counsel, comes Defendant, Pontchartrain Partners, LLC ("PPLLC"), which respectfully requests that this Court grant its Ex Parte Motion for Extension of Time to plead in accordance with LR 7.8. PPLLC certifies that there has been no previous extension of time to plead and that opposing party has not filed in the record an objection to an extension of time. PPLLC therefore requests that it be granted an extension for a period of 21 days from the time the pleading would otherwise be due.

WHEREFORE, Defendant, Pontchartrain Partners, LLC, prays that its motion be granted.

Respectfully submitted,

/s/ Jason R. Anders
JASON R. ANDERS
ANDERS LAW FIRM, LLC
La. Bar No. 26171
650 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 407-2552
E-mail: jason@anderslawfirm.com

James R. Washington III

        PONTCHARTRAIN PARTNERS, LLC LA Bar No. 32792
739 S. Clark Street
New Orleans, LA 70119
Tel: 504-872-3199
james.washington@pontchpartners.com

*Attorneys for Plaintiff, Pontchartrain Partners, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on all counsel of record and unrepresented parties by email, or by First Class United States mail, this 9th day of December, 2021.

        /s/ Jason R. Anders
        Jason R. Anders