# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INLAND BARGE RENTALS, INC** | **CIVIL ACTION NO: 2:21-cv-02167** |
| **VERSUS** | **DISTRICT JUDGE**<br>**HON. NANNETTE J BROWN** |
| **PONTCHARTRAIN PARTNERS** | **MAGISTRATE JUDGE**<br>**HON. DANA M DOUGLAS** |

### Inland Barge Rentals' Motion for Summary Judgment

Inland Barge Rentals chartered certain barges – the CHLOE, the IBR-247, the IBR-242, the IBR-246, and the IBR-106 – to Pontchartrain Partners pursuant to an oral agreement. Inland Barge Rentals received a partial payment, but Pontchartrain failed to pay the balance. The invoices, and the declaration of the owner of Inland Barge Rentals, attached, establish the debt: $144,934.66. Inland Barge Rentals moves this Court for summary judgment for this amount.

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for Inland Barge Rental, Inc.*