**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **INLAND BARGE RENTALS, INC** | **CIVIL ACTION NO: 2:21-cv-02167** |
| **VERSUS** | **DISTRICT JUDGE** |
| | **HON. NANNETTE J BROWN** |
| **PONTCHARTRAIN PARTNERS** | |
| | **MAGISTRATE JUDGE** |
| | **HON. DANA M DOUGLAS** |

## Inland Barge Rentals' Statement of Uncontested Material Facts

1. Pontchartrain Partners orally contracted for the charter of certain barges from Inland Barge Rentals on May 1, 2020. *Declaration of Byron Carline, Ex. A.*

2. Pontchartrain Partners bareboat-chartered the barges from May 1, 2020 until June 30, 2021. *Declaration of Byron Carline, Ex. A*.

3. Inland Barge Rentals regularly invoiced Pontchartrain Partners for the barges. *Exhibit A and its attached invoices.*

4. Pontchartrain Partners wired a partial payment to Inland Barge Rentals of $163,279.63 for the barges on September 17, 2021. *Declaration of Byron Carline, Exhibit A.*

5. During the charter to Pontchartrain Partners, the IBR-242 was damaged and it required repairs costing $7,570. *Exhibit A; Invoice No. 29706-A, dated July 31, 2021*

6. During the charter to Pontchartrain Partners, the IBR-247 was damaged and it required repairs costing $10,953. *Exhibit A; Invoice No. 29707-A dated July 31, 2021*

7. Less Pontchartrain Partners' partial payment, the total owed to Inland Barge Rentals is $144,394.66. *Exhibit A; invoices attached.*

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for Inland Barge Rental, Inc.*