# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **INLAND BARGE RENTALS, INC** | **CIVIL ACTION NO: 2:21-cv-02167** |
| **VERSUS** | **DISTRICT JUDGE** <br> **HON. NANNETTE J BROWN** |
| **PONTCHARTRAIN PARTNERS** | **MAGISTRATE JUDGE** <br> **HON. DANA M DOUGLAS** |

## Notice of Submission

Please take notice that Inland Barge Rentals sets its motion for summary judgment for submission on Wednesday, February 9, 2022 at 10:00 a.m.

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744
E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for Inland Barge Rental, Inc.*